United States District Court
Southern District of Texas
**ENTERED**
June 28, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PAMELA M. CARROLL, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-16-1626 |
| § | |
| STATE FARM LLOYDS, § | |
| Defendant. § | |

# FINAL JUDGMENT

For the reasons stated in the accompanying Memorandum and Order, it is hereby

**ORDERED** that Defendant State Farm Lloyds's Motion for Summary Judgment [Doc. # 11] is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that taxable costs are assessed against Plaintiff Pamela M. Carroll.

This is a final, appealable judgment.

SIGNED at Houston, Texas, this **28th** day of **June, 2017**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE